**Department of Homeland Security**
U.S. Citizenship and Immigration Services

OMB No. 1615-0012; Expires 12/31/2015
**I-130, Petition for Alien Relative**

### DO NOT WRITE IN THIS BLOCK - FOR USCIS OFFICE ONLY

A# 094 497 677

Action Stamp:
U.S. Department of Homeland Security
APPROVED
FEB - 2 2014
[signature]
006461
U.S. Citizenship and Immigration Services

APP I130
MSC1391809088    09/03/2013

9-3-13 (priority date)

**Section of Law/Visa Category**
- [ ] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2/CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A) Spouse - F2-1
- [ ] 203(a)(2)(A) Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3) Married S or D - F3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

- [ ] Personal Interview
- [ ] Pet. [ ] Ben. "A" File Reviewed
- [ ] Field Investigation
- [ ] 203(a)(2)(A) Resolved
- [ ] Previously Forwarded
- [X] I-485 Filed Simultaneously
- [ ] 204(g) Resolved
- [ ] 203(g) Resolved

**Remarks:**

**A. Relationship** You are the petitioner. Your relative is the beneficiary.

1. I am filing this petition for my:
[ ] Husband/Wife  [X] Parent  [ ] Brother/Sister  [ ] Child

2. Are you related by adoption?
[ ] Yes  [X] No

3. Did you gain permanent residence through adoption?
[ ] Yes  [X] No

**B. Information about you**

1. Name (Family name in CAPS) (First) (Middle)
CASTILLO AREVALO    Mauricio    Ernesto

2. Address (Number and Street) (Apt. No.)
3000 Upton Drive

(Town or City)   (State/Country)   (Zip/Postal Code)
Kensington    MD    USA    20895

3. Place of Birth (Town or City)    (State/Country)
San Francisco Menendez   Ahuachapan (b)(6)   El Salvador

4. Date of Birth    5. Gender    6. Marital Status
[X] Male    [X] Married   [ ] Single
[ ] Female             [ ] Widowed  [ ] Divorced

**C. Information about your relative**

1. Name (Family name in CAPS) (First) (Middle)
AREVALO CASTILLO    Angela

2. Address (Number and Street) (Apt. No.)
3000 Upton Drive

(Town or City)   (State/Country)   (Zip/Postal Code)
Kensington    MD    USA    20895

3. Place of Birth (Town or City)    (State/Country)
San Francisco Menendez   Ahuachapan    El Salvador

4. Date of Birth    5. Gender    6. Marital Status
[ ] Male    [ ] Married   [X] Single
[X] Female             [ ] Widowed  [ ] Divorced

7. Other Names Used (including maiden name)
None

8. Date and Place of Present Marriage (if married)
N/A    N/A

9. U.S. Social Security Number (If any)    10. Alien Registration Number

11. Name(s) of Prior Husband(s)/Wive(s)    12. Date(s) Marriage(s) Ended
None

13. Has your relative ever been in the U.S.? [X] Yes [ ] No

14. If your relative is currently in the U.S., complete the following:
He or she last arrived as a: **Parolee**
(visitor, student, stowaway, without inspection, etc.)

Arrival/Departure Record (I-94)    Date arrived
0 9 8 ▬ 9 5 7 9 6    2 8    06/23/2013

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95    09/09/2013

15. Name and address of present employer (if any)
P&R Enterprises    5681 Col. Pk. #101 Falls Church VA 2204

Date this employment began    03/2005

16. Has your relative ever been under immigration proceedings?
[X] No  [ ] Yes  Where _____  When _____
[ ] Removal [ ] Exclusion/Deportation [ ] Recission [ ] Judicial Proceedings

INITIAL RECEIPT ____ RESUBMITTED ____ RELOCATED: Rec'd ___ EX. 7 Sent ____ COMPLETED: Appv'd ____ Denied ____ Ret'd ____

Form I-130 (12/18/12) Y

## C. Information about your relative (continued)

17. List husband/wife and all children of your relative.

| (Name) | | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|---|
| Elsa Marina | VIOLANTE DE ARAGON | Daughter | ███ | El Salvador |
| Mauricio Ernesto | CASTILLO AREVALO | Son | ███ | El Salvador |
| Gerbert Eduardo | CASTILLO AREVALO | Son | ███ | El Salvador |
| Adineth Maricela | CASTILLO AREVALO | Daughter | ███ | El Salvador |

18. Address in the United States where your relative intends to live.

| (Street Address) | (Town or City) | (State) |
|---|---|---|
| 3000 Upton Drive | Kensington | MD 20895 |

19. Your relative's address abroad (Include street, city, province and country)                                             Phone Number (if any)

| | | | |
|---|---|---|---|
| Canton La Ceiba, San Francisco Menendez | Ahuachapan | El Salvador | none |

20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.

(Name)                         Address (Include street, city, province and country):

n/a

21. If filing for your husband/wife, give last address at which you lived together. (Include street, city, province, if any, and country):

| | From: | To: |
|---|---|---|
| n/a | n/a | n/a |

22. Complete the information below if your relative is in the United States and will apply for adjustment of status.

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the USCIS office in:

If your relative is not eligible for adjustment of status, he or she will apply for a visa abroad at the American consular post in:

| Baltimore | MD | | |
|---|---|---|---|
| (City) | (State) | (City) | (Country) |

NOTE: Designation of a U.S. embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

## D. Other information

(b)(6)

**WARNING:** USCIS investigates claimed relationships and verifies the validity of documents. USCIS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**PENALTIES:** By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 and imprisoned for up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**YOUR CERTIFICATION:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit that I am seeking.

## E. Signature of petitioner

[signature]    Date 08/27/2013    Phone Number 240-392-0580

## F. Signature of person preparing this form, if other than the petitioner

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name  Dora M. Aguado, Esquire    Signature [signature]    Date 08/27/2013

Address  1629 K Street NW, Ste. 300, Washington DC 20006    G-28 ID or VOLAG Number, if any.

Form I-130 (12/18/12) Y Page 2